# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Dwight Alonzo Littles, Jr., <br> *Plaintiff* <br> v. <br> Nadia Pressley, Stephen Gardner, Pamela J. Wrenn, Verney Cumbee, <br> *Defendants* | Civil Action No. 1:18-00279-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff shall take nothing of the Defendants and this action is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having adopted the Report and Recommendation of Magistrate Judge Shiva V. Hodges to dismiss.

Date: April 30, 2018

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*